DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Watson<br><br>Case below:<br>179 N.C. App. 228 | No. 533P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1439) | Denied<br>06/27/07<br><br>**Hudson, J.,<br>Recused** |
| State v. Wilson<br><br>Case below:<br>183 N.C. App. ——<br>(1 May 2007) | No. 257A07 | Def's Emergency Motion for Temporary Stay (COA06-509) | Allowed<br>06/11/07 |
| Swain v. Swain<br><br>Case below:<br>179 N.C. App. 795 | No. 590P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-95) | Denied<br>06/27/07 |
| Tubiolo v. Abundant Life Church, Inc.<br><br>Case below:<br>180 N.C. App. 238 | No. 621P06 | Plts' PDR Under N.C.G.S. § 7A-31 (COA06-193) | Denied<br>06/27/07<br><br>**Hudson, J.,<br>Recused** |
| Volger v. Branch Erections Co.<br><br>Case below:<br>181 N.C. App. 457 | No. 128A07 | 1. Def's (N.C. Ins. Guaranty Ass'n.) Notice of Appeal (Dissent) (COA06-288)<br><br>2. Def's (Branch Erections Co.) Petition for Discretionary Review Under N.C.G.S. 7A-31 | 1. ——<br><br><br><br>2. Allowed<br>06/27/07 |